# MINUTE ENTRY FOR ARRAIGNMENT PROCEEDING

| | |
|---|---|
| **MAGISTRATE JUDGE:** James Cho | **DATE:** 6/15/2026 |
| **CLERK:** D.Wright | |
| **DOCKET #:** 26 CR 175(MKB) | **LOG TIME:** 4:17-4:39pm |

**DEFENDANTS NAME:** Abdul Aziz

| | | | | |
|---|---|---|---|---|
| **x** Present | ___ Not Present | **x** Custody | ___ Bail |

**DEFENSE COUNSEL:** Zach Intrater

| ___ Court Appointed | ___ Federal Defender | ___ CJA | **x** Retained |
|---|---|---|---|

**DEFENDANTS NAME:** Zebun Ahmed

| | | | |
|---|---|---|---|
| **x** Present | ___ Not Present | **x** Custody | ___ Bail |

**DEFENSE COUNSEL:** Steven Raisor

| ___ Court Appointed | ___ Federal Defender | ___ CJA | **x** Retained |
|---|---|---|---|

**A.U.S.A:** Patrick Campbell & Leonid Sandlar

| **INTERPRETER:** | **LANGUAGE:** |
|---|---|

Defendant arraigned on the: __ Complaint  **x** Indictment __ Superseding Indictment __ Probation Violation

| | |
|---|---|
| **x** Defendant pleads NOT GUILTY to ALL counts. | **x** Defendants first appearance. |
| ___ Government Agent Sworn | **x** Rule 5f warnings given to the govt. |
| **x** DETENTION HEARING Held. | ___ BAIL HEARING Held. |

**x** Bond set at $ 150,000

**Defendant:** **x** released ___ held pending satisfaction of bond conditions.

**x** Defendant advised of bond conditions set by the Court and signed the bond.

**2** Surety/ies sworn, advised of bond obligations by the Court and signed the bond.

___ (Additional) surety/ies to co-sign bond by _____

___ After hearing, Court orders detention in custody. ___ Leave to reopen granted.

| ___ Temporary Order of Detention Issued. | ___ Bail Hearing set for |
|---|---|
| ___ Preliminary Hearing set for | ___ Preliminary Hearing waived by defendant |

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate Judge or to the District Court Judge to whom the case will be assigned.

| **x** Order of Excludable Delay/Speedy Trial entered. | Start Date: 6/15/2026 | End Date: 7/15/2026 |
|---|---|---|

| **Removal District:** | **Removal District Case Number:** |
|---|---|
| ___ Removal (Rule 5) Proceeding held. | |
| ___ Identity hearing held | **Court:** ___ Orders removal ___ Denies Removal |
| ___ Defendant waives Identity hearing | ___ Defendant waives Preliminary hearing |
| ___ No bail application presented to the court. Commitment to the District entered. | |
| ___ Medical memo issued. | |
| ___ Defendant failed to appear; bench warrant issued. | |
| ___ Status conference set for _____ @ _____ before District Judge: | |

**Other Rulings:** The defendants were arraigned on the indictment. The government and defense counsel consented to a $150,00 bail application with 1 suretor for each defendant. The court granted the bail application.